UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ESCO CORPORATION,

                    Plaintiff,

   v.

CASHMAN EQUIPMENT COMPANY, et al.,

                  Defendants.

Case No. 2:14-cv-00529-RCJ-PAL

ORDER

Based on the joint request of counsel on October 14, 2014,

**IT IS ORDERED** that:

1.    The Pre-Claim Settlement Conference currently scheduled for October 31, 2014, at 9:30 a.m. before the undersigned, is **VACATED** and **CONTINUED** to **December 2, 2014, at 1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2.    The deadline for chambers to receive the confidential settlement conference statements, currently due October 24, 2014, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., November 25, 2014.**

3.    All other instructions within the original Order Scheduling Pre-Claim Settlement Conference (Dkt. #39) shall remain.

DATED this 17th day of October, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE